```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0080--CV (RRB)
               "KAREN BRETZ ET AL V MOA ET AL"
```

Including terminated parties, excluding terminated counsel

```
Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 04/15/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                  28:1983
          Origin: (2) Removed from State Court
          Demand:
      Filing fee: Paid $250.00 on 04/15/05 receipt # 00125493
        Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1         BRETZ, KAREN                      Karen E. Bretz
                                                  POB 91457
                                                  Anchorage, AK 99509
                                                  907-277-5847

PLF 2.1         KALENKA, UWE                      Kenneth P. Jacobus
                                                  310 K Street, Suite 200
                                                  Anchorage, AK 99501
                                                  907-277-3333
                                                  FAX 907-264-6666

DEF 1.1         ANCHORAGE, MUNICIPALITY OF        Matthew K. Peterson
                                                  Clapp Peterson et al
                                                  711 H Street, Suite 620
                                                  Anchorage, AK 99501-3454
                                                  907-272-9272
                                                  FAX 907-272-9586

DEF 2.1         HONEMAN, PAUL, LIEUTENANT         Matthew K. Peterson
                                                  (see above)

DEF 3.1         PADGETT, PAUL, OFFICER            Matthew K. Peterson
                                                  (see above)

DEF 4.1         RYDBERG, ALAN, OFFICER            Matthew K. Peterson
                                                  (see above)

DEF 5.1         SMG OF ALASKA INC                 Michael D. White
                                                  Patton Boggs
                                                  601 W. 5th Avenue, Suite 700
                                                  Anchorage, AK 99501
                                                  907-263-6380
                                                  FAX 907-263-6345

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0080--CV (RRB)
            "KAREN BRETZ ET AL V MOA ET AL"

    Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 6.1 | BEMIS, JEFF | Michael D. White<br>(see above) |
| DEF 7.1 | SHOWCASE PRODUCTIONS | Nelson G. Page<br>Burr Pease & Kurtz<br>810 N Street<br>Anchorage, AK 99501<br>907-276-6100<br>FAX 907-258-2530 |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0080--CV (RRB)
                         "KAREN BRETZ ET AL V MOA ET AL"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/15/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    28:1983
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 04/15/05 receipt # 00125493
          Trial by:
```

```
Document #   Filed       Docket text

   1 -   1   04/15/05    DEF 1-4 Notice of Removal from Superior Court case no. 3AN-05-6635CI
                         w/att exhs.

   2 -   1   04/15/05    DEF 1-4 Notice to adverse parties of filing of notice removal.

   3 -   1   04/15/05    DEF 1-4 Notice of filing and designation of state court proceeding
                         records w/att exhs.

   4 -   1   04/15/05    DEF 1-4 Service List.

   5 -   1   04/15/05    DEF 1-4 Attorney Appearance of Mark A. Ertischek (Muni).

   6 -   1   04/18/05    RRB Minute Order to Petitioner to Removal.  Petitioner to file state
                         court records and svc list w/i 10 days. cc: cnsl

   7 -   1   04/19/05    DEF 1-4 Answer to Complaint.

   8 -   1   06/20/05    RRB Minute Order plf is required to take action as to failure to serve.
                         Plf to proceed to serve defs to comply with rule 4(m) FRCP. cc: cnsl

   9 -   1   07/13/05    RRB Minute Order Plf is required to take action as to Dismissal for
                         failure to serve Warning re D5, D6 & D7.  cc: cnsl

NOTE -   1   07/20/05    Issued: summons re: DEF 5.

NOTE -   2   07/22/05    Issued: summons re: DEF 7 & reissued corrected summons re: DEF 5.

  10 -   1   07/29/05    PLF 1-2 Return of Service Executed re: DEF 5 on 7/28/05/

  11 -   1   07/29/05    PLF 1-2 Return of Service Executed re: DEF 6 on 4/5/05.

  12 -   1   07/29/05    PLF 1-2 Return of Service Executed re: DEF 7 on 7/26/05/

  13 -   1   07/29/05    PLF 1-2 Certificate of svc re: return of svc on DEF 6 & 7.

  14 -   1   08/05/05    PLF 1-2 Notice of filing orginal Return of Service Executed re: DEF 7 on
                         7/26/05.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0080--CV (RRB)
                              "KAREN BRETZ ET AL V MOA ET AL"

                                     For all filing dates


 Document #    Filed      Docket text

    15 -   1  08/15/05    DEF 5-6 Answer to Complaint.

    16 -   1  08/22/05    DEF 7 Attorney Appearance of N. Page.

    17 -   1  08/22/05    DEF 7 Answer to Complaint.

    18 -   1  08/24/05    RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl

    19 -   1  09/20/05    DEF 1-4 Stipulation for substitution of counsel Matthew K. Peterson of
                          Clapp, Peterson, Van Flein, Tiemessen & Thorsness LLC.,for Mark
                          Ertischeck and entry of appearance.

    20 -   1  09/21/05    RRB Order granting stipulation for substitution of counsel Mark
                          Ertischeck and entry of appearance of Matthew K. Peterson of Clapp
                          Peterson Van Flein (19-1).  cc: cnsl

    21 -   1  09/21/05    PLF 1-2; DEF 1-7 Scheduling & Planning Conference Report.

    22 -   1  10/31/05    DEF 1-4 motion for summary judgment on certain claims and issues of
                          qualified immunity w/att memo & exhibits.

    23 -   1  11/01/05    PLF 2 Attorney Appearance of K. Jacobus.

    24 -   1  11/15/05    DEF 5-6 motion for summary judgment on the issue of qualified immunity
                          w/att memo & aff.

    25 -   1  11/30/05    RRB Minute Order notice regarding motion for summary judgment.
```