Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)
kpjlaw@yahoo.com

Counsel for Uwe Kalenka

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN BRETZ and UWE KALENKA, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>MUNICIPALITY OF ANCHORAGE, et. al. <br><br>　　　　　Defendants. | ) ) ) ) ) **MOTION FOR ENLARGEMENT** ) **OF TIME** ) ) ) ) ) ) ) U.S. District No. A05-080 CV (RRB) |

　　Uwe Kalenka moves for an enlargement of time for Karen Bretz and himself to file oppositions or other appropriate responses to all pending motions in this case, and the providing of initial disclosures from the plaintiffs relating to qualified immunity, to February 9, 2006.

　　An enlargement of time for both parties is appropriate because of the complexity of the motions and the fact that a mediation before a retired superior court judge took place on December 9, 2005, for the purpose of trying to work out a complete settlement of this litigation. The parties are still engaged in settlement negotiations as a result of this mediation, and believe that the matter will probably settle.

　　I have discussed this matter telephonically with Jim Wright, Linda Johnson for Matt

Peterson, Mike White and Nelson Page, all of whom indicated that they had no opposition to this motion.

DATED this 23rd day of January, 2006.

KENNETH P. JACOBUS, P.C.
Attorney for Uwe Kalenka

By _____
Kenneth P. Jacobus
ABA No. 6911036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of January, 2006, true and correct copies of this Motion for Enlargement of Time were mailed to:

Karen E. Bretz
P.O. Box 91457
Anchorage AK 99509-1457

Matt Peterson
711 H Street, #620
Anchorage AK 99501

Mark A. Ertischek
Anchorage Municipal Attorneys Office
P.O. Box 196650
Anchorage AK 995019-6650

Michael White
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage AK 99501

James B. Wright
James B. Wright and Associates
500 L Street, Suite 301
Anchorage AK 99501

Nelson G. Page
Burr, Pease and Kurtz
810 N Street
Anchorage AK 99501

_____
Kenneth P. Jacobus