Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)
kpjlaw@yahoo.com

Counsel for Uwe Kalenka

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN BRETZ and UWE KALENKA,<br><br>        Plaintiffs,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, et. al.<br><br>        Defendants. | )<br>)<br>)<br>) **MOTION FOR ENLARGEMENT**<br>) **OF TIME**<br>)<br>)<br>)<br>)<br>)<br>)<br>) U.S. District No. A05-080 CV (RRB) |

Uwe Kalenka moves for an enlargement of time for Karen Bretz and himself to file oppositions or other appropriate responses to all pending motions in this case, and the providing of initial disclosures from the plaintiffs relating to qualified immunity, to March 13, 2006.

This matter has settled, and it appears necessary only to resolve some minor details and prepare the settlement documents.

I have discussed this matter telephonically with Jim Wright, Linda Johnson for Matt Peterson, Mike White's office, and Nelson Page, all of whom indicated that they had no

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

opposition to this motion.

DATED this 17th day of February, 2006.

KENNETH P. JACOBUS, P.C.
Attorney for Uwe Kalenka

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of February, 2006, true and correct copies of this Motion for Enlargement of Time were mailed to:

Karen E. Bretz
P.O. Box 91457
Anchorage AK 99509-1457

Mark A. Ertischek
Anchorage Municipal Attorney
P.O. Box 196650
Anchorage AK 995019-6650

Michael White
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage AK 99501

James B. Wright
James B. Wright and Associates
500 L Street, Suite 301
Anchorage AK 99501

Matt Peterson
711 H Street, #620
Anchorage AK 99501

Nelson Page
Burr Pease and Kurtz
810 N Street
Anchorage AK 99501

Kenneth P. Jacobus