# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Bretz, et al. v. Municipality of Anchorage*
Case No. 3:05-cv-0080-TMB


By:                          THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:      ORDER FROM CHAMBERS

Plaintiffs move for an extension of time to respond to Defendant's motion for summary judgment.  Docket No. 30.  The motion is not opposed.  Plaintiffs indicate that this matter has settled, and that the extension is necessary only to prepare settlement documents.

**IT IS THEREFORE ORDERED:**

The motion for an extension of time at **Docket No. 30** is **GRANTED**.  Plaintiffs shall have until **March 13, 2006** to respond to Defendant's motion for summary judgment.


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  March 8, 2006