Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)
kpjlaw@yahoo.com

Counsel for Uwe Kalenka

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN BRETZ and UWE KALENKA,          ) ) ) | |
| Plaintiffs,    ) ) | **STATUS REPORT** |
| vs.    ) ) | |
| MUNICIPALITY OF ANCHORAGE, et. al.    ) ) ) | |
| Defendants.    ) _____ ) | U.S. District No. A05-080 CV (RRB) |

Uwe Kalenka is providing this Court with a status report on this case. This case has settled. The settlement documents are being prepared by the attorneys for the defendants. They should be completed, executed and those documents to be filed with this Court filed late this week or

next week.

DATED this 21st day of March, 2006.

KENNETH P. JACOBUS, P.C.
Attorney for Uwe Kalenka

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2006, true and correct copies of this Status Report were mailed to:

Karen E. Bretz
P.O. Box 91457
Anchorage AK 99509-1457

Mark A. Ertischek
Anchorage Municipal Attorney
P.O. Box 196650
Anchorage AK 995019-6650

Michael White
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage AK 99501

James B. Wright
James B. Wright and Associates
500 L Street, Suite 301
Anchorage AK 99501

Matt Peterson
711 H Street, #620
Anchorage AK 99501

Nelson Page
Burr Pease and Kurtz
810 N Street
Anchorage AK 99501

_____
Kenneth P. Jacobus

2