Nelson G. Page, ASB #7911121
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK 99501-3293
Telephone: (907) 276-6100
Fax No.:    (907) 258-2530
ngp@bpk.com
Attorneys for Defendant
Showcase Productions, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN BRETZ and UWE KALENKA,<br><br>Plaintiff(s),<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; LIEUTENANT PAUL HONEMAN, individually and in his capacity as a police lieutenant for the Municipality of Anchorage; OFFICER PAUL PADGETT, individually and in his capacity as a police officer for the Municipality of Anchorage, ALAN RYDBERG, individually and in his capacity as a police officer for the Municipality of Anchorage; SMG OF ALASKA, INC., an Alaska corporation; JEFF BEMIS; SHOWCASE PRODUCTIONS, INC., a Washington corporation; JOHN DOES 1-10; and JANE DOES 1-10,<br><br>Defendant(s). | Case No. A05-0080 (TMB) |

**STIPULATION FOR DISMISSAL**

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STIPULATION FOR DISMISSAL                                                Page 1 of 3
Karen Bretz and Uwe Kalenka v. Municipality of Anchorage, et al.; Case No. A05-0080 (TMB)
3620-3/ # 83269

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action that this action may be dismissed with prejudice and each party to bear their own costs and attorney's fees.

DATED at Anchorage, Alaska this 26th day of April, 2006.

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiff
Uwe Kalenka

_____
Kenneth P. Jacobus
Alaska Bar #6011036

DATED at Anchorage, Alaska this 26th day of April, 2006.

Karen E. Bretz, Pro Se

_____
Karen E. Bretz
Alaska Bar #9911058

DATED at Anchorage, Alaska this 26 day of April, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
Attorneys for Defendants
Municipality of Anchorage,
Lieutenant Paul Honeman,
Officer Paul Padgett,
Officer Alan Rydberg

_____
Matthew K. Peterson
Alaska Bar #8006038

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STIPULATION FOR DISMISSAL                                                Page 2 of 3
Karen Bretz and Uwe Kalenka v. Municipality of Anchorage, et al.; Case No. A05-0080 (TMB)
3620-3/ # 83269

DATED at Anchorage, Alaska this 26th day of April, 2006.

    PATTON BOGGS LLP
    Attorneys for Defendants
    Jeff Bemis and SMG of Alaska, Inc.

    _____
    Michael D. White
    Alaska Bar #8611144

DATED at Anchorage, Alaska this 26th day of April, 2006.

    BURR, PEASE & KURTZ
    Attorneys for Defendants
    Showcase Productions, Inc.

    _____
    Nelson G. Page
    Alaska Bar #7911121

Certificate of Service

I hereby certify that on the 28th day of April, 2006, a copy of the foregoing Stipulation for Dismissal with Prejudice was served electronically on Kenneth P. Jacobus, Karen E. Bretz, Matthew K. Peterson, Michael D. White and James B. Wright

s/Nelson G. Page

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STIPULATION FOR DISMISSAL     Page 3 of 3
Karen Bretz and Uwe Kalenka v. Municipality of Anchorage, et al.; Case No. A05-0080 (TMB)
3620-3/ # 83269

Nelson G. Page, ASB #7911121
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:   (907) 258-2530
ngp@bpk.com
Attorneys for Defendant
Showcase Productions, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN BRETZ and UWE KALENKA,<br><br>             Plaintiff(s),<br><br>   v.<br><br>MUNICIPALITY OF ANCHORAGE; LIEUTENANT PAUL HONEMAN, individually and in his capacity as a police lieutenant for the Municipality of Anchorage; OFFICER PAUL PADGETT, individually and in his capacity as a police officer for the Municipality of Anchorage, ALAN RYDBERG, individually and in his capacity as a police officer for the Municipality of Anchorage; SMG OF ALASKA, INC., an Alaska corporation; JEFF BEMIS; SHOWCASE PRODUCTIONS, INC., a Washington corporation; JOHN DOES 1-10; and JANE DOES 1-10,<br><br>             Defendant(s). | Case No. A05-0080 (TMB) |

### (PROPOSED) ORDER GRANTING
### STIPULATION FOR DISMISSAL

BURR, PEASE & KURTZ
A Professional Corporation
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL                                Page 1 of 2
Karen Bretz and Uwe Kalenka v. Municipality of Anchorage, et al.; Case No. A05-0080 (TMB)
3620-3/ #83270

The Court, having received the parties Stipulation for Dismissal filed herein,

HEREBY ORDERS that this action is dismissed with prejudice and each party to bear their own costs and attorney's fees.

DATED: _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

Certificate of Service
I hereby certify that on the 28th day of April, 2006, a copy of the foregoing Stipulation for Dismissal with Prejudice was served electronically on Kenneth P. Jacobus, Karen E. Bretz, Matthew K. Peterson, Michael D. White and James B. Wright

s/Nelson G. Page

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL                Page 2 of 2
Karen Bretz and Uwe Kalenka v. Municipality of Anchorage, et al.; Case No. A05-0080 (TMB)
3620-3/ #83270